UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RYAN ROLAND TUMINELLI,

   Plaintiff,

v.

                                      Case No. 6:24-CV-01423-GAP-DCI

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS UNION
LLC

   Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Ryan Roland Tuminelli and the Defendants, Experian Information Solutions, Inc., Trans Union LLC ("Trans Union"), and Equifax Information Services LLC ("Equifax"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss with prejudice, each claim and count therein asserted by Plaintiff, against Trans Union and Equifax in the above styled action, with Plaintiff, Trans Union and Equifax to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 27th day of November, 2024.

| | |
|---|---|
| **/s/Octavio Gomez** | **/s/Christian C. Kohlsaat** |
| Octavio "Tav" Gomez | Christian C. Kohlsaat, Esq. |
| Florida Bar #:0338620 | Florida Bar No. 117795 |
| Georgia Bar #: 617963 | Christian.kohlsaat@bipc.com |
| Pennsylvania #: 325066 | Buchanan Ingersoll & Rooney PC |
| The Consumer Lawyers PLLC | 2 S Biscayne Blvd., Ste 1500 |
| 501 E. Kennedy Blvd., Ste 610 | Miami, FL 33131 |
| Tampa, FL 33602 | Telephone: (305)347-4080 |
| Cell: (813)299-8537 | Facsimile: (305)347-4089 |
| Facsimile: (844)951-3933 | Attorney for Defendant Trans Union LLC |
| Primary Email: | |
| Tav@theconsumerlawyers.com | |
| Secondary Email: | |
| Lisa@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |
| | **/s/Paige Vacante** |
| **/s/Giselle Gonzalez Manseur** | Paige Vacante, Bar No. 1019135 |
| Maria H. Ruiz (FBN 182923) | SEYFARTH SHAW LLP |
| Giselle Gonzalez Manseur (FBN 44026) | 233 South Wacker Drive |
| KASOWITZ BENSON TORRES LLP | Suite 8000 |
| 1441 Brickell Ave, Ste 1420 | Chicago, Illinois 60606-6448 |
| Miami, FL 33131 | Telephone: (312)460-5000 |
| T: (786)587-1046 | Facsimile: (312)460-7000 |
| F: (305)675-7329 | Email: pvacante@seyfarth.com |
| MRuiz@kasowitz.com | Counsel for Defendant |
| gmanseur@kasowitz.com | Equifax Information Services LLC |
| | |
| Attorneys for Defendant | |
| Experian Information Solutions, Inc. | |

2