**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RYAN ROLAND TUMINELLI,

    Plaintiff,

v.

                                                    Case No. 6:24-CV-01423-GAP-DCI

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, Ryan Roland Tuminelli, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, Experian Information Solutions, Inc. ("Defendant"). The Defendant has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 27th day of November, 2024.

                                              **/s/Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Florida Bar #:0338620
                                              Georgia Bar #: 617963

>Pennsylvania #: 325066
>The Consumer Lawyers PLLC
>501 E. Kennedy Blvd., Ste 610
>Tampa, FL 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Primary Email:
>Tav@theconsumerlawyers.com
>Secondary Email:
>Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 27th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar #:0338620
>*Attorney for Plaintiff*

2