# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RYAN ROLAND TUMINELLI,

    Plaintiff,

v.                                        Case No:   6:24-cv-1423-GAP-DCI

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC. and TRANS UNION LLC,

    Defendants

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Experian Information Solutions, Inc. (Doc. 35), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case against Experian Information Solutions, Inc. is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions relating to Defendant Experian Information Solutions, Inc. are **DENIED** as moot. The Clerk is directed to terminate Experian Information Solutions, Inc as a Defendant in this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 2, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties