# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RYAN ROLAND TUMINELLI,

        Plaintiff,

v.                                     Case No:   6:24-cv-1423-GAP-DCI

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC. and TRANS UNION LLC,

        Defendants

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal with Prejudice as to Defendants Equifax Information Services, LLC and Trans Union LLC (Doc. 34), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case against Defendants Equifax Information Services, LLC and Trans Union LLC are dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions relating to Defendants Equifax Information Services, LLC and Trans Union LLC are **DENIED** as moot.   The Clerk is directed to close this file[1].

---

[1] Defendant Equifax Information Services LLC was dismissed by Notice of Voluntary Dismissal (Doc. 35).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December

2, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties